UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLANCA MEZA, by and through her
Guardian, Aide Hernandez; DESTINY
BELANGER, by and through her Guardian,
Julie Belanger; on behalf of themselves and
all others similarly situated; and
DISABILITY RIGHTS FLORIDA,

        Plaintiffs,                         Case No. 3:22-cv-783-MMH-LLL

v.

SIMONE MARSTILLER, in her official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

        Defendant.
_____/

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY
INJUNCTION BY NAMED PLAINTIFF BLANCA MEZA**

On July 17, 2022, Named Plaintiff, Blanca Meza, filed a Motion for

Preliminary Injunction. (Doc. 3). Counsel for Plaintiff has confirmed that

Defendant will provide coverage of Plaintiff Meza's incontinence supplies for the

pendency of this case. Defendant reserves the right to re-evaluate this coverage. If

Defendant determines that it will dis-continue this coverage during the pendency of

this case, Plaintiff reserves the right to renew her motion for preliminary

injunction. Accordingly, Plaintiff Meza files this Notice of Withdrawal to inform the Court that she is withdrawing her pending Motion for Preliminary Injunction.

Respectfully submitted this 4th day of August 2022.

Plaintiff by her Attorney,
*/s/ Katy DeBriere*
Katherine DeBriere
Lead Counsel

Fla. Bar No.: 58506
**Florida Health Justice Project**
3900 Richmond Street
Jacksonville, FL 32205
Telephone: (352) 278-6059
debriere@floridahealthjustice.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Katy DeBriere*
Katherine DeBriere