IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLANCA MEZA, by and through her Guardian, Aide Hernandez, DESTINY BELANGER, by and through her Guardian, Julie Belanger, on behalf of themselves and all others similarly situated, and DISABILITY RIGHTS FLORIDA, INC.,

Plaintiffs,

v.

Case No.: 3:22-cv-783-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

    Defendant.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Please take notice that the following attorney will serve as lead counsel on behalf of the Defendant, JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration:

Erik M. Figlio
Florida Bar No.: 0745251
Ausley McMullen
123 S. Calhoun Street
P.O. Box 391
Tallahassee, Florida  32302
Telephone: 850-224-9115
Facsimile: 850-222-7560

Respectfully submitted this 28th day of March, 2023.

/s/ *Erik M. Figlio*
Erik M. Figlio
Florida Bar No.: 0745251
Alexandra E. Akre
Florida Bar No.: 0125179
Ausley McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida  32302
Phone No.:  (850) 224-9115
Facsimile No.:  (850) 222-7560
rfiglio@ausley.com
aakre@ausley.com
csullivan@ausley.com
nestes@ausley.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 28th day of March, 2023.

/s/ *Erik. M. Figlio*
Erik M. Figlio