UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLANCA MEZA, by and through her
Guardian, Aide Hernandez, DESTINY
BELANGER, by and through her
Guardian, Julie Belanger, on behalf of
themselves and all others similarly
situated, and DISABILITY RIGHTS
FLORIDA, INC.,

                Plaintiffs,

-vs-                                   Case No. 3:22-cv-783-MMH-LLL

JASON WEIDA, in his official
Capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

                Defendant.
_____/

## ORDER OF LIMITED REFERENCE

**THIS CAUSE** is before the Court on the Joint Motion for Limited Consent and Referral to the Magistrate Judge to Preside Over Matters Related to the Proposed Class Action Settlement (Dkt. No. 99; Motion) filed on January 10, 2024. In the Motion, the parties advise the Court that they consent to a limited referral to the assigned Magistrate Judge to enter a dispositive final order on their forthcoming motion to approve their proposed class action settlement and conduct all proceedings related to that proposed settlement, including any motion filed by Plaintiffs seeking attorneys' fees as a result of the

settlement and any other motions filed as a consequence of an approval of the parties' proposed settlement. See generally Motion. In accordance with the request of the parties and with their consent as exhibited in the Motion, it is

**ORDERED:**

1. The Joint Motion for Limited Consent and Referral to the Magistrate Judge to Preside Over Matters Related to the Proposed Class Action Settlement (Dkt. No. 99) is **GRANTED**.

2. Pursuant to 28 U.S.C. § 636(c), this matter is referred to the assigned United States Magistrate Judge to enter a dispositive final order on the parties' forthcoming motion to approve their proposed class action settlement and conduct all proceedings related to that proposed settlement, including any motion filed by Plaintiffs seeking attorneys' fees as a result of the settlement and any other motions filed as a consequence of an approval of the parties' proposed settlement.

3. In the event the Court denies approval of the parties' proposed class action settlement, the parties' consent is terminated.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record