UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLANCA MEZA, by and through her
Guardian, Aide Hernandez, DESTINY
BELANGER, by and through her
Guardian, Julie Belanger, on behalf of
themselves and all others similarly
situated, and DISABILITY RIGHTS
FLORIDA, INC.,

           Plaintiffs,

-vs-                              Case No. 3:22-cv-783-MMH-PDB

JASON WEIDA, in his official
Capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

           Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Motion to Stay Proceedings (Dkt. No. 102; Motion) filed on January 17, 2024.  In the Motion, the parties request an order staying these proceedings while they finalize their settlement. See generally Motion.  Accordingly, it is

**ORDERED:**

1. The Joint Motion to Stay Proceedings (Dkt. No. 102) is **GRANTED**.

2. This case is **STAYED** until further Order of the Court.

3. Defendants' Time-Sensitive Motion for Stay or in the Alternative Extension of Dispositive Motion Deadline (Dkt. No. 63) is **DENIED as moot**.

4. The Court **DEFERS** ruling on Plaintiffs' Motion for Summary Judgment With Incorporated Memorandum of Law (Dkt. No. 66) and Defendant's Motion for Extension of Dispositive Motion, Daubert Motion, and Summary Judgment Response Deadline (Dkt. No. 78).

5. The deadlines set forth in this Court's Order (Dkt. No. 97) are **VACATED**.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record