58231

PARRISH, TONY, B — Cell Number - 954-868-4524

100 MARY POWELL DR APT P134

SAINT MARYS, GA 31558-9026

Notice-of-Proposed-Settlement of-Class-Action-Lawsuit Concerning-Coverage-of-Incontinence Supplies-Meza-et-Al. v.-Weida-Case-No:-3:22 -CV-783-MMH-PDB U.S.-District-Court-For-The-middle District-of-Florida

Objection-or-Comment-At-the-Fairness Hearing—Appear-must-Be-Filed-With-The-Court By-mailing-it-To-Clerk-of-the-Court→U.S.-District Court-middle-District-of-Florida-300 North-Hogan-Street-Jacksonville,-FL,-32202 Post-marked-No-later-Than-June-7-24