United States District Court
Middle District of Florida
Jacksonville Division

**BLANCA MEZA, BY AND THROUGH HER GUARDIAN, AIDE HERNANDEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, ET AL.,**

*Plaintiffs,*

v.                                                                NO. 3:22-cv-783-MMH-PDB

**JASON WEIDA, IN HIS OFFICIAL CAPACITY AS SECRETARY FOR THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,**

*Defendant.*

## Clerk's Minutes

| Proceeding | Fairness Hearing |
|---|---|
| Date | July 8, 2024 |
| Time | 1:00—44 p.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for Plaintiffs | Katherine DeBriere, Katherine Hampton, Lewis Golinker (by telephone) |
| Counsel for Defendant | Erik Figlio, Alexandra Akre |
| Digital/Reporter | Digital |

One member of the class action was in the courtroom. Three were on the telephone.

At Judge Barksdale's request, the lawyers confirmed the parties' consent to her jurisdiction for final approval of the settlement.

Ms. DeBriere provided a summary of the claims, the proposed settlement, how notice was provided, and the motion for attorney's fees.

Ms. DeBriere moved for final approval of the settlement. Ms. Akre joined the motion.

Ms. Akre responded and stated the defendant has no opposition to the motion for attorney's fees.

Members of the class action provided statements.

Judge Barksdale addressed the members' statements and the objection filed on CM/ECF. Docs. 110, 111, 112.

Ms. Akre will provide within two weeks a summary of the returned notices.

A written order will follow.